# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:09-CV-129-DCK

| | |
|---|---|
| VIABLE SOLUTIONS, LLC,<br>a Louisiana limited liability company<br><br>Plaintiff,<br>v.<br><br>SOLACE CONSULTING, LLC, a North Carolina limited liability company;<br>KIMBERLYNE G. ROUNDTREE; and<br>SCHANDRA HALEY,<br><br>Defendants. | STIPULATED PRELIMINARY INJUNCTION |

In accordance with the Stipulation to Entry of Preliminary Injunction (Document No. 56) between Plaintiff Viable Solutions, L.L.C. and Defendants Solace Consulting, LLC, Kimberlyne Roundtree and Schandra Haley, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, and with the consent of all Parties, **IT IS HEREBY ORDERED** that:

1. The defendants, Solace Consulting, LLC, Kimberlyne G. Roundtree, and Schandra Haley, are hereby **PRELIMINARILY ENJOINED** from using, copying and/or distributing the manual filed under seal in four parts as Exhibits 9-12 of the Brief in support of Plaintiff's Motion for Preliminary Injunction, and/or any material infringing Plaintiff's copyrights.

2. With the consent of all Parties, the Plaintiff shall **NOT** be required to post an injunction bond.

3. This Stipulated Preliminary Injunction shall remain in effect until the final judgment in this action or until further order of the Court, whichever occurs first.

4. In view of the entry of this Stipulated Preliminary Injunction, Plaintiff's Motion for Preliminary Injunction (Document No. 40) is hereby **DENIED as moot**.

**IT IS SO ORDERED**.

Signed: October 1, 2009

David C. Keesler
United States Magistrate Judge