## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:09-CV-129-DCK

| | | |
|---|---|---|
| **VIABLE SOLUTIONS, L.L.C.**<br>**A Louisiana limited liability company** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **SOLACE CONSULTING, LLC,**<br>**A North Carolina limited liability company;**<br>**KIMBERLYNE G. ROUNDTREE; and**<br>**SCHANDRA HALEY** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Roundtree's Motion To Seal" (Document No. 70) filed April 22, 2010.  There has been no opposition filed to the motion. Having carefully considering the motion, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Roundtree's Motion To Seal" (Document No. 70) is **GRANTED**.

**IT IS SO ORDERED**.

Signed: May 26, 2010

David C. Keesler
United States Magistrate Judge