**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-CV-129-DCK**

| | | |
|---|---|---|
| **VIABLE SOLUTIONS, L.L.C.** | ) | |
| **A Louisiana limited liability company** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **SOLACE CONSULTING, LLC,** | ) | |
| **A North Carolina limited liability company;** | ) | |
| **KIMBERLYNE G. ROUNDTREE; and** | ) | |
| **SCHANDRA HALEY** | ) | |
| | ) | |
| **Defendants.** | ) | |
| —————————————————— | ) | |

   **THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.  The

parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there

are motions ripe for disposition.

   **IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the

undersigned for a Status and Motions Hearing, on **Thursday, September 9, 2010**, prepared to

discuss the status of this case and to argue the pending motions for summary judgment.  The Clerk

will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

   **SO ORDERED**.


      Signed: August 17, 2010


      David C. Keesler
      United States Magistrate Judge