# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CV-129-DCK

| | |
|---|---|
| VIABLE SOLUTIONS, L.L.C. )<br>A Louisiana limited liability company )<br> )<br>        Plaintiff, )<br> )<br>        v. )<br> )<br>SOLACE CONSULTING, LLC, )<br>A North Carolina limited liability company; )<br>KIMBERLYNE G. ROUNDTREE, )<br> )<br>        Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this matter has been set for trial during the term beginning **October 25, 2010**.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Final Pretrial Conference on **Thursday, October 21, 2010**. Counsel are advised to review their pretrial obligations pursuant to the "Pretrial Order And Case Management Plan" (Document No. 35). The Clerk will issue a separate Notice confirming the time and location of the conference.

**IT IS FURTHER ORDERED** that this matter is set for trial, beginning with jury selection, on **Monday, November 1, 2010**. The Clerk will issue a separate Notice confirming the time and location of the trial.

**SO ORDERED**.

Signed: October 6, 2010

David C. Keesler
United States Magistrate Judge