IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:09-CV-129-DCK

| | |
|---|---|
| VIABLE SOLUTIONS, L.L.C.<br>A Louisiana limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SOLACE CONSULTING, LLC,<br>A North Carolina limited liability company;<br>KIMBERLYNE G. ROUNDTREE; and<br>SCHANDRA HALEY<br><br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Stipulated Motion For Dismissal With Prejudice" (Document No. 92) of all claims asserted between Plaintiff Viable Solutions, LLC and Defendant Schandra Haley. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the "Stipulated Motion For Dismissal With Prejudice" (Document No. 92) is **GRANTED**, and that all claims and counterclaims asserted in this suit between Plaintiff Viable Solutions, LLC and Defendant Schandra Haley are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all attorney's fees and costs are to be borne by the party that incurred them.

Signed: October 12, 2010

David C. Keesler
United States Magistrate Judge