**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:09-CV-129-DCK**

| | | |
|---|---|---|
| **VIABLE SOLUTIONS, L.L.C.** | ) | |
| **A Louisiana limited liability company** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **SOLACE CONSULTING, LLC,** | ) | |
| **A North Carolina limited liability company;** | ) | |
| **KIMBERLYNE G. ROUNDTREE; and** | ) | |
| **SCHANDRA HALEY** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Stipulated Motion For Dismissal With Prejudice" (Document No. 104) filed February 24, 2011. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, and noting the parties' consent, the undersigned will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that the "Stipulated Motion For Dismissal With Prejudice" (Document No. 104) is **GRANTED**.

  **IT IS FURTHER ORDERED** that all claims and counterclaims asserted in this suit between Plaintiff Viable Solutions, LLC and Defendants Kimberlyne G. Roundtree and Solace Consulting are hereby **DISMISSED WITH PREJUDICE**.

Signed: February 24, 2011

David C. Keesler
United States Magistrate Judge